Benjamin Taylor (SBN: 240636)
btaylor@taylorlawfirmpc.com
THE LAW OFFICES OF BENJAMIN TAYLOR
A Professional Corporation
1901 Avenue of the Stars; Suite 1020
Los Angeles, CA 90067
Telephone:    (310) 201 – 7600
Facsimile:    (310) 201 – 7601

Michael Steinmetz (*pro hac vice* application pending)
ms@gs2law.com
GARSON, SEGAL, STEINMETZ, FLADGATE LLP
164 West 25th Street; Suite 11R
New York, NY 10001
Telephone:    (212) 380 – 3623
Facsimile:    (347) 537 – 4540

*Attorneys for Defendants*
VOLVIE BROWN & WOLVOL, INC.

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKY BILLIARDS, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>WOLVOL, INC., a New York Corp., VOLVIE BROWN, an individual and citizen of the state of NEW YORK, and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No.: 5:15-cv-02182-RGK(KKx)<br><br>**NOTICE OF MOTION AND MOTION OF WOLVOL, INC. TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>JUDGE:  Hon. R. Gary Klausner<br>DATE:   February 22, 2016<br>TIME:   9:00 a.m.<br>CTRM:   850 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 22, 2016, at 9:00 A.M. or as soon thereafter as this matter can be heard before the Honorable R. Gary Klausner of the United States District Court for the Central District of California, in Courtroom 850 of the above–entitled Court, located at 255 E. Temple Street, Los Angeles, California 90012, Defendant WolVol, Inc. will and hereby does move the Court to dismiss the Complaint of Plaintiff Sky Billiards, Inc. ("Plaintiff" or "Sky") pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

This Motion is based on this Notice; the supporting Memorandum of Points and Authorities filed and served herewith; the papers on file with the Court in this matter; and upon such further evidence and argument as may be presented to this Court prior to or at the hearing on this motion.

DATED: JANUARY 8, 2016

RESPECTFULLY SUBMITTED,

THE LAW OFFICES OF BENJAMIN TAYLOR
A Professional Corporation
*ATTORNEYS FOR DEFENDANTS*

BENJAMIN TAYLOR
1901 AVENUE OF THE STARS
SUITE 1020
LOS ANGELES, CA 90067
TELEPHONE: (310) 201 – 7600
FACSIMILE: (310) 201 – 7601
EMAIL: BTAYLOR@TAYLORLAWFIRMPC.COM