Benjamin Taylor (SBN: 240636)
btaylor@taylorlawfirmpc.com
THE LAW OFFICES OF BENJAMIN TAYLOR
A Professional Corporation
1880 Century Park East, Suite 615
Los Angeles, CA 90067
Telephone:     (310) 201 – 7600
Facsimile:      (310) 201 – 7601

Michael Steinmetz (Admitted *pro hac vice*)
ms@gs2law.com
GARSON, SEGAL, STEINMETZ, FLADGATE LLP
164 West 25th Street; Suite 11R
New York, NY 10001
Telephone:     (212) 380 – 3623
Facsimile:      (347) 537 – 4540

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT FOR
# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKY BILLIARDS, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>WOLVOL, INC., a New York Corp., VOLVIE BROWN, an individual and citizen of the state of NEW YORK, and DOES 1 through 10, inclusive;<br><br>Defendants. | **Case No.:** 5:15-cv-02182-RGK(KKx)<br><br>**NOTICE OF RULINGS AT PRE-TRIAL CONFERENCE**<br><br>**JUDGE:** Hon. R. Gary Klausner<br>**DATE:** April 10, 2017<br>**TIME:** 9:00 AM<br>**CTRM:** 850 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 10, 2017 at 9:00 a.m. in the above-entitled Court, a pre-trial conference was held before the Hon. R. Gary Klausner, judge presiding. Benjamin Taylor, Esq., of the Law Offices of Benjamin Taylor appeared on behalf of Defendant WolVol, Inc. No appearances were made on behalf of Plaintiff Sky Billiards, Inc.

The Court made the following orders:

Trial remains on calendar for May 2, 2017.

No pre-trial documents were properly submitted before the pre-trial conference as required. Accordingly, no witnesses other than the parties may be called, and no documents will be received into evidence. Each side is limited in its trial presentation to three (3) hours.

The parties must complete a settlement conference before the trial date, and, if the matter resolves, are ordered to report the fact of settlement to the Court immediately.

The Court orders counsel for Defendant to give notice of the foregoing.

DATED:   APRIL 10, 2017

RESPECTFULLY SUBMITTED,

**Law Offices of Benjamin Taylor,
A Professional Corporation**

/s/

**BENJAMIN TAYLOR
LAW OFFICES OF BENJAMIN TAYLOR
1880 CENTURY PARK EAST, SUITE 615
LOS ANGELES, CA 90067
TEL. (310) 201-7600
EMAIL** – btaylor@taylorlawfirmpc.com

*ATTORNEYS FOR DEFENDANT WOLVOL, INC.*