| | |
|---|---|
| 1 | LAW OFFICE OF KEVIN M. WELCH |
|   | Kevin M. Welch, (SBN 254565) |
| 2 | *Kevin@kmwlawoffice.com* |
|   | P.O. Box 494 |
| 3 | Hermosa Beach, CA 90245 |
|   | Tel.: (310) 929-0553 |
| 4 | Fax: (310) 698-1626 |
| 5 | |
| 6 | Attorney for the Plaintiff, |
|   | SKY BILLIARDS, INC. |

**DENIED BY ORDER OF THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SKY BILLIARDS, INC., a California corporation, | | Case No.: 5:15-cv-02182-RGK (KKx) |
| | Plaintiff, | **[PROPOSED ORDER] EX PARTE APPLICATION TO ORDER PRIVATE MEDIATION OR CONTINUE TRIAL SCHEDULE** |
| v. | | |
| WOLVOL, INC., a New York corporation, and DOES 1 through 10, inclusive, | | Judge: Hon. R. Gary Klausner |
| | Defendant. | Jury Trial Date: May 2, 2017 |

**EX PARTE APPLICATION TO CONTINUE TRIAL SCHEDULE** -Page 1

1
2  ~~This Court hereby Orders the parties to participate in private mediation or~~
3  ~~hereby continues the trial schedule until the parties are able to conduct the~~
4  ~~mandatory settlement proceedings before Judge Kato as Ordered by this Court.~~
5   The Ex Parte Application is Denied.
6
7
8  Date: 4/25/17
9
10                    By: _____/s/ Gary Klausner_____
11                              United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EX PARTE APPLICATION TO CONTINUE TRIAL SCHEDULE** -Page 2